# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN JAMES HEMINGWAY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-638** |
| | : | |
| **UNITED STATES FBI,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of June, 2020, upon consideration of Plaintiff Justin James Hemingway's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Memorandum filed herewith.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

*/s/ R. BARCLAY SURRICK*
**R. BARCLAY SURRICK, J.**